ELIZABETH FAITH, as Administratrix of the Estate of JOHN W. FAITH, Deceased, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Faith* v. *N. Y. C. & H. R. R. R. Co.*, 109 App. Div. 222, affirmed.
(Argued April 26, 1906; decided May 15, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 24, 1905, upon an order reversing a judgment in favor of defendant, entered upon a dismissal of the complaint by the court at a Trial Term after a verdict had been rendered in favor of plaintiff, and directing judgment for plaintiff upon the verdict in an action under the Employers' Liability Act to recover for the alleged negligent killing of plaintiff's intestate.

*Leroy B. Williams* for appellant.

*Frank C. Sargent* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Not sitting: GRAY, J.